NOVEMBER 15, 2012

No. 12–7197 (12A480). IN RE HUGHES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 12–6935 (12A425). HUGHES *v.* TEXAS. Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 20, 2012

No. 11–460. LOS ANGELES COUNTY FLOOD CONTROL DISTRICT *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 567 U. S. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1347. CHAFIN *v.* CHAFIN. C. A. 11th Cir. [Certiorari granted, 567 U. S. 960.] Motion of respondent for divided argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 12–123. HORNE ET AL. *v.* DEPARTMENT OF AGRICULTURE. C. A. 9th Cir. Certiorari granted.

No. 12–236. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* CLOER. C. A. Fed. Cir. Certiorari granted.